IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAHME PERKINS,** | : | CIVIL ACTION NO. 1:22-CV-187 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **SECRETARY OF THE DEPARTMENT OF CORRECTIONS,** *et al.*, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 19th day of October, 2022, upon consideration of the petition (Doc. 1) for writ of habeas corpus and petitioner's motion (Doc. 12) to lift the stay, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 12) to lift the stay is GRANTED.

2. The petition (Doc. 1) for writ of habeas corpus is DISMISSED WITH PREJUDICE as procedurally defaulted.

3. A certificate of appealability shall not issue.

4. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania